IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ISSAREEPORN LARKSUKTOM a/k/a ISSAREEPORN SWEENEY | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:26-cv-2596-K-BN |
| | § | |
| SEAN ANTHONY MALECHA, Acting U.S. Marshal, Northern District of Texas, and JOHNSON COUNTY SHERIFF ADAM KING (OR ACTING SUCCESSOR), | § | |
| | § | |
| Respondents. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case solely as to Petitioner Issareeporn Larksuktom a/k/a Issareeporn Sweeney's request that the Court, on habeas corpus review, reverse the detention decision of the Extradition Court and order her immediate release from detention.

Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error.

Finding no error, the Court ACCEPTS the Findings, Conclusions, and

Recommendation of the United States Magistrate Judge. Petitioner Objections are **OVERRULED.**

The Court therefore DENIES Petitioner's request for release from detention and RE-REFERS this matter to the magistrate judge to make further findings, conclusions, and recommendations as to Petitioner's habeas challenge to the Extradition Court's finding that she is extraditable to Thailand.

SO ORDERED.

Signed September 14th, 2026.

Ed Kinkeade

ED KINKEADE
UNITED STATES DISTRICT JUDGE